94 So.2d 230

### Cooper Hunt WALTERS
v.
### STATE.
#### I Div. 721.

Court of Appeals of Alabama.
March 5, 1957.

M. A. Marsal, Mobile, for appellant.

John Patterson, Atty. Gen., and Robt. G. Kilgore, Jr., Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.

99 So.2d 554

### Claude G. INGLE
v.
### STATE.
#### 4 Div. 341.

Court of Appeals of Alabama.
Sept. 17, 1957.

Jas. M. Prestwood, Andalusia, for appellant.

John Patterson, Atty. Gen., and Robt. G. Kilgore, Jr., Asst. Atty. Gen., for the State.

HARWOOD, Presiding Judge.

Affirmed.

99 So.2d 553

### John EVANS
v.
### STATE.
#### 8 Div. 66.

Court of Appeals of Alabama.
Oct. 15, 1957.

H. T. Foster, Scottsboro, for appellant.

John Patterson, Atty. Gen., and Jas. W. Webb, Asst. Atty. Gen., for the State.

CATES, Judge.

Transcript of evidence stricken and judgment affirmed. Clark v. State, 38 Ala.App. 305, 82 So.2d 805; Weeks v. State, ante, p. 231, 97 So.2d 161.

99 So.2d 553

### Lillie KENDRICK
v.
### STATE.
#### 7 Div. 465.

Court of Appeals of Alabama.
Nov. 5, 1957.

Garrett Hagan, Sylacauga, for appellant.

John Patterson, Atty. Gen., and Geo. D. Mantz, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.